**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: March 15, 2022
Docket #: 21-3131mv
Short Title: Price v. L'Oreal USA, Inc.

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 17-cv-614
DC Court: SDNY (NEW YORK CITY)
DC Judge: Schofield

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for leave to appeal and for leave to file a reply filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, March 29, 2022.

Inquiries regarding this case may be directed to 212-857-8595.