# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty-two.

Present:

    Barrington D. Parker,
    Michael H. Park,
    Beth Robinson,
        *Circuit Judges*.

---

Brandi Price, et al., on behalf of themselves and all others similarly situated,

        *Petitioners*,

v.         21-3131

L'Oreal USA, Inc., Matrix Essentials LLC,

        *Respondents*.

---

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's class-decertification order. Petitioners also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED but the Rule 23(f) petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court

